1  **GREENBERG TRAURIG, LLP**
   Cindy Hamilton (SBN 217951)
2  hamiltonc@gtlaw.com
   Brian C. Gee (SBN (317436)
3  geeb@gtlaw.com
   1900 University Avenue, 5th Floor
4  East Palo Alto, CA  94303
   Telephone: 650.328.8500
5  Facsimile: 650.328.8508

6  Robert J. Herrington (SBN 234417)
   Robert.Herrington@gtlaw.com
7  1840 Century Park East, Suite 1900
   Los Angeles, CA  90067
8  Telephone:  310.586.7700
   Facsimile:  310.586.7800

9
   *Attorneys for Defendant*
10 *Prime Hydration LLC.*

11 [JOINT FILING – SEE SIGNATURE PAGE FOR PLAINTIFF'S COUNSEL]

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16

17 | ELIZABETH CASTILLO, individually and on behalf of all others similarly situated, | CASE NO. 3:23-cv-03885-AMO |
   | Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT** |
   | v. | |
   | PRIME HYDRATION LLC, | |
   | Defendant. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Civil Local Rule 6-1(a), Plaintiff ELIZABETH CASTILLO ("Plaintiff") and Defendant PRIME HYDRATION LLC ("Prime Hydration") hereby stipulate and agree that the time within which Prime Hydration must respond to Plaintiff's Complaint shall be and hereby is extended by 30 days to September 29, 2023. This is the first extension the parties have requested from the Court and does not alter any other deadlines already fixed by the Court.

DATED: August 21, 2023

By: /s/ Cindy Hamilton

GREENBERG TRAURIG, LLP
Cindy Hamilton
hamiltonc@gtlaw.com
Brian C. Gee
geeb@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 92008
Telephone: 650.328.8500

Robert J. Herrington
Robert.Herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  310.586.7700

*Attorneys for Defendant Prime Hydration LLC*

DATED: August 21, 2023

By: /s/   Trenton R. Kashima

Trenton R. Kashima (SBN 291405)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
402 West Broadway St., Suite 1760
San Diego, CA 92101
Telephone: (866) 252-0878

*Attorneys for Defendant Elizabeth Castillo*

## ATTESTATION OF FILER

I, Cindy Hamilton, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-1(h)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: August 21, 2023

By:   /s/  Cindy Hamilton

GREENBERG TRAURIG, LLP
Cindy Hamilton
hamiltonc@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 92008
Telephone: 650.328.8500