**GREENBERG TRAURIG, LLP**
Cindy Hamilton (SBN 217951)
hamiltonc@gtlaw.com
Brian C. Gee (SBN (317436)
geeb@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303
Telephone: 650.328.8500
Facsimile: 650.328.8508

Robert J. Herrington (SBN 234417)
Robert.Herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  310.586.7700
Facsimile:  310.586.7800

*Attorneys for Defendant*
*Prime Hydration LLC.*

[JOINT FILING – SEE SIGNATURE PAGE FOR PLAINTIFF'S COUNSEL]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIME HYDRATION LLC,<br><br>Defendant. | CASE NO. 3:23-cv-03885-AMO<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Civil Local Rule 6-1(a), Plaintiff ELIZABETH CASTILLO ("Plaintiff") and Defendant PRIME HYDRATION LLC ("Prime Hydration") hereby stipulate and agree that the time within which Prime Hydration must respond to Plaintiff's Amended Complaint shall be and hereby is extended by 7 days to November 3, 2023. This is the third extension the parties have requested. This stipulation does not alter any other deadlines already fixed by the Court.

DATED: October 19, 2023         By: /s/ *Cindy Hamilton*

GREENBERG TRAURIG, LLP
Cindy Hamilton
hamiltonc@gtlaw.com
Brian C. Gee
geeb@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 92008
Telephone: 650.328.8500

Robert J. Herrington
Robert.Herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7700

*Attorneys for Defendant Prime Hydration LLC.*

DATED: October 19, 2023         By: /s/

Erin J. Ruben
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
900 W. Morgan St.
Raleigh, NC 27603
eruben@milberg.com
Telephone: (919) 600-5009

Trenton R. Kashima (SBN 291405)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
402 West Broadway St., Suite 1760
San Diego, CA 92101
Telephone: (866) 252-0878

*Attorneys for Defendant Elizabeth Castillo*

## ATTESTATION OF FILER

I, Cindy Hamilton, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: October 19, 2023

By:  /s/  *Cindy Hamilton*

GREENBERG TRAURIG, LLP
Cindy Hamilton
hamiltonc@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 92008
Telephone: 650.328.8500