**GREENBERG TAURIG, LLP**
Cindy Hamilton (SBN 217951)
hamiltonc@gtlaw.com
Brian C. Gee (SBN (317436)
geeb@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508

Robert J. Herrington (SBN 234417)
Robert.Herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone: 310.586.7700
Facsimile: 310.586.7800

Attorneys for Defendant
Prime Hydration LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CASTILLO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PRIME HYDRATION LLC,<br><br>    Defendant. | CASE NO. 3:23-cv-03885-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PRIME HYDRATION LLC'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>*[Notice of Motion and Motion, Request for Judicial Notice filed concurrently]*<br><br>Date:           February 22, 2024<br>Time:          2:00 p.m.<br>Courtroom:  10<br><br>Assigned to Hon. Araceli Martínez-Olguín |

On February 22, 2024, the Motion of Defendant Prime Hydration LLC ("Prime") to dismiss the Complaint ("Motion") came on for hearing. Appearances were as set forth in the record. The Court, having considered Prime's Motion and all briefing, evidence, and oral argument by the Parties in support of and in opposition to the Motion, hereby **GRANTS** Prime's Motion and dismisses Plaintiff Elizabeth Castillo's Complaint with prejudice, and **ORDERS** as follows:

1. Plaintiff has not plead a cognizable injury in fact.

2. Plaintiff's putative nationwide class action is stricken because Plaintiff lacks standing to pursue MMWA claims on behalf of a nationwide class.

3. Plaintiff's consumer protection and warranty claims are dismissed because Plaintiff has improperly pled around the mandatory pre-suit requirements of California Proposition 65.

4. Plaintiff's Unfair Competition Law ("UCL"), False Advertising Law ("FAL") claims as well as any request for equitable relief under the California Consumer Legal Remedies Act ("CLRA"), fail as a matter of law because Plaintiff alleges an adequate legal remedy.

5. Plaintiff's claim for injunctive relief fails as a matter of law because she has not alleged an actual and imminent, nor certainly impending injury, and therefore lacks standing for injunctive relief.

6. Plaintiff's UCL, FAL, and CLRA claims fail for the following additional reasons: (i) no reasonable consumer would be misled by the purported misrepresentations; (ii) to the extent Plaintiff is alleging an omission, she has not alleged that Prime had pre-sale knowledge that the grape sports drink purportedly contained PFAS; (iii) Plaintiff fails to plead her UCL, CLRA, and FAL claims with particularity under Rule 9(b).

7. Plaintiff's implied warranty claims fail because she does not allege that her grape sports drink was unmerchantable or that it lacked fitness for any particular purpose.

**IT IS SO ORDERED.**

DATED:  _____
Hon. Araceli Martinex-Olguin
United States District Court Judge