**GREENBERG TRAURIG, LLP**
Cindy Hamilton (SBN 217951)
hamiltonc@gtlaw.com
Brian C. Gee (SBN (317436)
geeb@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303
Telephone: 650.328.8500
Facsimile: 650.328.8508

Robert J. Herrington (SBN 234417)
Robert.Herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  310.586.7700
Facsimile:  310.586.7800

*Attorneys for Defendant*
*Prime Hydration LLC.*

[JOINT FILING – SEE SIGNATURE PAGE FOR PLAINTIFF'S COUNSEL]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIME HYDRATION LLC,<br><br>Defendant. | CASE NO. 3:23-cv-03885-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DATES TO MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Civil Local Rule 6-2, Plaintiff ELIZABETH CASTILLO ("Plaintiff") and Defendant PRIME HYDRATION LLC ("Prime") (collectively, the "Parties"), hereby stipulate and request that this Court enter an order to extend the response deadline for the Motion for Judgment on the Pleadings ("MJOP") filed by Prime set for hearing on January 16, 2024. Currently the response of both parties fall over and are impacted by the Thanksgiving holiday.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, and subject to the approval by the Court, that:

1. Plaintiff's deadline to file an opposition to the MJOP shall be Friday, December 6, 2024.

2. Prime's deadline to file a reply brief for the MJOP shall be Friday, December 20, 2024.

This is the second request for a time extension pursuant to L. R. 6-2 requested by the parties. There is no other impact on the timing of the hearing of this motion.

IT IS SO STIPULATED.

DATED: November 19, 2024                    By:  /s/ *Cindy Hamilton*

GREENBERG TRAURIG, LLP
Cindy Hamilton
hamiltonc@gtlaw.com
Brian C. Gee
geeb@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, CA 92008
Telephone: 650.328.8500

Robert J. Herrington
Robert.Herrington@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA  90067
Telephone:  310.586.7700

*Attorneys for Defendant Prime Hydration LLC.*

| | |
|---|---|
| DATED: November 19, 2024 | By: __/s/  Erin J. Ruben_____ |

Erin J. Ruben
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
900 W. Morgan St.
Raleigh, NC 27603
eruben@milberg.com
Telephone: (919) 600-5009

Trenton R. Kashima (SBN 291405)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
402 West Broadway St., Suite 1760
San Diego, CA 92101
Telephone: (866) 252-0878

*Attorneys for Plaintiff Elizabeth Castillo*

## ATTESTATION OF FILER

I, Cindy Hamilton, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: November 19, 2024                    By:    /s/  Cindy Hamilton

                                                                        GREENBERG TAURIG, LLP
                                                                        Cindy Hamilton
                                                                        hamiltonc@gtlaw.com

**[PROPOSED] ORDER SETTING SCHEDULE FOR RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS**

PURSUANT TO STIPULATION, IT IS SO ORDERED AS FOLLOWS:

1. Plaintiff's deadline to file an opposition to the MJOP shall be Friday, December 6, 2024.
2. Prime's deadline to file a reply brief for the MJOP shall be Friday, December 20, 2024.

**IT IS SO ORDERED.**

DATED: November 20, 2024

_____
Hon. Araceli Martínez-Olguín
United States District Court Judge