UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH CASTILLO,

Plaintiff,

v.

PRIME HYDRATION LLC,

Defendant.

Case No. 23-cv-03885-AMO

**ORDER REFERRING TO MAGISTRATE JUDGE FOR SETTLEMENT & VACATING REFERRAL TO ADR PROGRAM**

Re: Dkt. No. 93

Pursuant to Civil Local Rule 72-1 and upon the parties' stipulation, Dkt. No. 93, this matter is REFERRED to Magistrate Judge Nathanael M. Cousins for settlement.

The parties will be advised of the date, time, and place of the next appearance by notice from Magistrate Judge Cousins.

The Court VACATES its referral to the Northern District's ADR program for mediation, Dkt. No. 86.

**IT IS SO ORDERED.**

Dated: December 18, 2025

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**